**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**SEKOU DAVENPORT** | **CRIMINAL ACTION**<br><br>**NO. 26-40-KSM-1** |

**ORDER**

**AND NOW**, this 31st day of August, 2026, upon consideration of Defendant's Motion to Suppress (Doc. No. 21), the Government's Response in Opposition (Doc. No. 25), and the evidence presented during the July 30, 2026 evidentiary hearing (Doc. No. 31), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's motion (Doc. No. 21) is **DENIED**.

In light of the foregoing and the Court's prior Order continuing trial until the Court's Order on the motion to suppress (Doc. No. 24), **IT IS FURTHER ORDERED AS FOLLOWS:**

1. The Government shall file a trial memorandum setting forth the essential elements of the offenses, the facts which it intends to present, the identity of each witness it intends to call at trial, a statement of the substance of each witness' testimony, and any legal issues by **September 9, 2026**. Defendant is not required to file a trial memorandum but may do so by this date;

2. The parties shall file any motions *in limine* by **September 9, 2026**;

3. The parties shall file and submit proposed jury instructions and a proposed verdict slip by **September 9, 2026**;

4. The parties shall file opposition to any motions *in limine* by **September 14, 2026**;

5. The parties shall file and submit any objections to the proposed jury instructions and verdict slip by **September 14, 2026**;[1]

6. The parties shall provide questions for *voir dire* and a joint statement of the case[2] to be read during *voir dire* no later than **September 18, 2026**;

7. The Court will hold a final pretrial conference on **September 21, 2026, at 2:00 p.m.** at the James A. Byrne United States Courthouse, 601 Market Street, **Courtroom 16B**, Philadelphia, Pennsylvania;[3]

8. The selection of a jury shall take place on **Tuesday, September 29, 2026, at 9:30 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in **Courtroom 16B**; and

9. A jury trial shall commence immediately following jury selection.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] The parties shall refer to the undersigned's policies and procedures for further instruction in this regard. *See* https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/marpol.pdf.

[2] The joint statement of the case can be emailed to Chambers and does not have to be filed on the docket.

[3] Counsel shall provide a joint exhibit book with all exhibits that counsel may use at trial as a hard copy, and electronically on a thumb drive, to the Court at the final pretrial conference. The joint exhibit book must contain an exhibit list briefly describing each exhibit.